**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **LUMINAR TECHNOLOGIES, INC.,** *et al.,* | § § § § | **Case No. 25-90807 (CML)** |
| **Debtors.**[1] | § § § § | **(Jointly Administered)** |

**DEBTORS' *SUPPLEMENTAL*[2] WITNESS AND EXHIBIT
LIST FOR CONFIRMATION HEARING ON APRIL 1, 2026**

Luminar Technologies, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), hereby file this supplemental witness and exhibit list (the "**Witness and Exhibit List**") for the hearing scheduled for **April 1, 2026 at 9:30 a.m. (Central Time)** (the "**Hearing**"):

**WITNESSES**

The Debtors may call any of the following witnesses at the Hearing:

1.    Robin Chiu, Chief Restructuring Officer, Luminar Technologies, Inc. and its Debtor affiliates;

2.    Patricia Ferrari, Independent Director, Luminar Technologies, Inc.;

3.    Jeriad Paul, Vice President of Securities and Solicitation, Omni Agent Solutions, Inc.;

4.    Any witness called or listed by any other party; and

5.    Any rebuttal witnesses.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows:  LAZR Technologies, LLC (8909); Luminar Technologies, Inc. (4317); Luminar, LLC (7133); Condor Acquisition Sub I, Inc. (0155); and Condor Acquisition Sub II, Inc. (8587).  The Debtors' mailing address is 2603 Discovery Drive, Suite 100, Orlando, Florida 32826.

[2]  Exhibits in bold and italicized text herein represent additions or modifications made to the *Debtors' Witness and Exhibit List for Confirmation Hearing on April 1, 2026* (Docket No. 555). The Debtors have made no other modifications thereto.

**EXHIBITS**

The Debtors may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Declaration of Robin Chiu in Support of the Debtors' Chapter 11 Petitions and First Day Relief (Docket No. 20) | | | | |
| 2. | Chapter 11 Plan of Liquidation of Luminar Technologies, Inc. and its Affiliated Debtors (Docket No. 120) | | | | |
| 3. | Declaration of Robin Chiu in Support of Emergency Motion of Debtors Requesting (I) Joint Administration of Additional Chapter 11 Cases and (II) That Certain Orders in the Chapter 11 Cases of Luminar Technologies, Inc., et al. Be Made Applicable to New Debtors (Docket No. 159) | | | | |
| 4. | Amended Chapter 11 Plan of Liquidation of Luminar Technologies, Inc. and its Affiliated Debtors (Docket No. 321) | | | | |
| 5. | Second Amended Chapter 11 Plan of Liquidation of Luminar Technologies, Inc. and its Affiliated Debtors (Docket No. 414) | | | | |
| 6. | Third Amended Chapter 11 Plan of Liquidation of Luminar Technologies, Inc. and its Affiliated Debtors (Docket No. 423) | | | | |
| 7. | Order (I) Approving Disclosure Statement, (II) Establishing Solicitation, Voting, and Related Procedures, (III) Scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation of Plan, (V) Approving Notice Procedures for Assumption or Rejection of Executory Contracts and Unexpired Leases, and (VI) Granting Related Relief (Docket No. 430) | | | | |

2

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 8. | Third Amended Chapter 11 Plan of Liquidation of Luminar Technologies, Inc. and its Affiliated Debtors (Docket No. 433) | | | | |
| 9. | Disclosure Statement for Third Amended Chapter 11 Plan of Liquidation of Luminar Technologies, Inc. and its Affiliated Debtors (Docket No. 434) (the "**Disclosure Statement**") (excluding exhibits) | | | | |
| 10. | Debtors' Organizational Structure, attached to the Disclosure Statement as <u>Exhibit B</u> (Docket No. 434) | | | | |
| 11. | Liquidation Analysis, attached to the Disclosure Statement as <u>Exhibit C</u> (Docket No. 434) | | | | |
| 12. | Plan Release, Injunction and Exculpation Provisions, attached to the Disclosure Statement as <u>Exhibit D</u> (Docket No. 434) | | | | |
| 13. | Solicitation and Voting Procedures, attached to the Disclosure Statement as <u>Exhibit E</u> (Docket No. 434) | | | | |
| 14. | Notice of (I) Approval of (A) Disclosure Statement, (B) Solicitation and Voting Procedures, and (C) Notice Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (II) Confirmation Hearing; and (III) Establishment of Notice and Objection Procedures for Confirmation of Plan (Docket No. 444) (the "**Confirmation Hearing Notice**") | | | | |
| 15. | Affidavit of Publication of The Wall Steet Journal, regarding the Confirmation Hearing Notice (Docket No. 460) | | | | |
| 16. | Affidavit of Service, dated February 25, 2026, regarding the Confirmation Hearing Notice and Plan Solicitation (Docket No. 484) | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 17. | Notice of Cure Amounts and Potential Assumption of Executory Contracts and Unexpired Leases in Connection with Confirmation of Plan (Docket No. 496) | | | | |
| 18. | Supplemental and Amended Notice of Cure Amounts and Potential Assumption of Executory Contracts and Unexpired Leases in Connection with Confirmation of Plan (Docket No. 521) | | | | |
| 19. | Notice of Filing of Plan Supplement in Connection with Third Amended Chapter 11 Plan of Luminar Technologies, Inc. and its Affiliated Debtors (Docket No. 523) | | | | |
| 20. | Notice of Filing of Exhibit to Plan Supplement in Connection with Third Amended Chapter 11 Plan of Luminar Technologies, Inc. and its Affiliated Debtors (Docket No. 530) | | | | |
| 21. | Second Supplemental and Amended Notice of Cure Amounts and Potential Assumption of Executory Contracts and Unexpired Leases in Connection with Confirmation of Plan (Docket No. 531) | | | | |
| 22. | *Fourth Amended Chapter 11 Plan of Liquidation of Luminar Technologies, Inc. and its Affiliated Debtors (Docket No. 558)* | | | | |
| 23. | *Notice of Filing of Amended Plan Supplement in Connection with Fourth Amended Chapter 11 Plan of Luminar Technologies, Inc. and its Affiliated Debtors (Docket No. 560)* | | | | |
| 24. | *Declaration of Jeriad R. Paul in Support of Confirmation of the Chapter 11 Plan of Liquidation of Luminar Technologies, Inc. and its Affiliated Debtors (Docket No. 563)* | | | | |
| 25. | *Declaration of Patricia Ferrari in Support of Confirmation of Fourth Amended Chapter 11 Plan of Luminar Technologies, Inc. and its Affiliated Debtors (Docket No. 564)* | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 26. | *Declaration of Robin Chiu in Support of Confirmation of Fourth Amended Chapter 11 Plan of Luminar Technologies, Inc. and its Affiliated Debtors (Docket No. 567)* | | | | |
| 27. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| 28. | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party | | | | |
| 29. | Any exhibit listed by any other party | | | | |

## RESERVATION OF RIGHTS

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list at any time prior to the Hearing.

Dated: March 31, 2026
       Houston, Texas

Respectfully submitted,

*/s/  Stephanie N. Morrison*
WEIL, GOTSHAL & MANGES LLP
Stephanie N. Morrison (24126930)
Austin B. Crabtree (24109763)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:   (713) 224-9511
Email:   Stephanie.Morrison@weil.com
        Austin.Crabtree@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ronit J. Berkovich (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Email:   Ronit.Berkovich@weil.com
        Jessica.Liou@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

### Certificate of Service

I hereby certify that on March 31, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

_/s/  Stephanie N. Morrison_
Stephanie N. Morrison